# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAY 30 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Britt Hembree,

    Plaintiff

vs.

Lt. Ostenburg, Colin
Bradon, Fox
Jim Blanachea

    Defendant(s)

Case No. 18-2150
*(The case number will be assigned by the clerk)*

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[x] Other federal law: Inhumane, Inadequate, negligence treatme

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Britt Michael Hembree

Prison Identification Number: 00053907

Current address: 2 E South St.

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Colin Ostenbur

Current Job Title: Lt.

Current Work Address: 2 E. South St.

Defendant #2:

Full Name: Brandon Fox

Current Job Title: Correctional Officer

Current Work Address: 2 E. South St.

Defendant #3:

Full Name: Jim Biancheda

2

Current Job Title: Correctional Officer

Current Work Address: 2 E. South St.

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Vermilion County Public Safety Building_

Date(s) of the occurrence _5/22/2018_

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

During a shakedown I was illegally strip searched in front of my peers. I asked why and was not given a response. This is unconstitional, Inhumane treatment. This is clearly against my constitional rights.

## RELIEF REQUESTED

(State what relief you want from the court.)

I am seeking the maxium amount for a case such as this. according to cook county Vs. Young a multi million dollar settlement was reached, for the same offense. Clearly my Consitutional rights were violateded.

JURY DEMAND   Yes ☒   No ☐

Signed this 28 day of May, 2018.

*Britt Hembree*

(Signature of Plaintiff)

| Name of Plaintiff: Britt Hembree | Inmate Identification Number: 00053907 |
|---|---|
| Address: 2 E. South St. | Telephone Number: N/A |

8

```
Run: 23-MAY-2018  8:49       DANVILLE POLICE DEPT                          Page:   1
INF02 - Run By: COLIN OSTERBUR CORRECTIO

AGENCY: 0V              J A I L   M A N A G E M E N T
                          INMATE INFRACTION REPORT
_____
Inmate Type: A   Id/Sfx/No: 000000053907-002-00
Name: HEMBREE,BRITT M         Sex: M       DOB: 01/06/1995
Type:                         Infraction: CONTRABAND (SPOON)
Date: 05/22/2018  Time: 1000    Location:
Rpt Officer:                    Witnesses Staff:              Other:
Others Involved:                Inmate Behavior:              Physical Evidence:
Evidence Disposition:
Immediate Action: 1 WEEK COMMISSARY RESTRICTION
Force:
Hearing Wavier:                 Hearing Date:                 Hearing Time:
Hearing Location:
Inv Officer:                    Assign Date:                  Assign Time:
Disposition:                                                  Good Time Loss: 000
_____
```

**FILED**
MAY 30 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS